-7-

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HICKS,<br><br>             Plaintiff,<br><br>v.<br><br>BROWN FAMILY SHOPRITE INC. OF CHELTENHAM.<br><br>             Defendant. | CIVIL ACTION<br><br>No. 08-5830<br><br>FILED<br><br>MICHAEL E. KUNZ, Clerk<br>By_____<br>              Dep. Clerk |

ORDER

On this 23rd day of September, 2009, for the reasons set forth in the accompanying memorandum, it is ORDERED that Defendant's motion to dismiss Plaintiff's complaint is DENIED.

BY THE COURT:

_____
Pollak, J.